IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-02441-EWN-PAC

DISCOUNT REFRIGERANTS, INC., a Colorado corporation,

     Plaintiff(s),

v.

ACCI, LLC, a Colorado limited liability corporation and d/b/a ACCI-CTI,
REFRIGERANT STORE, LLC, a Colorado limited liability corporation, and
d/b/a THE REFRIGERANT STORE, and
DAVID C. STROH, an individual,

     Defendant(s).

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

     IT IS HEREBY **ORDERED** that plaintiff's Motion to Reschedule Rule 16(b) Scheduling/Planning Conference [filed January 11, 2006; Doc. No. 5] is **GRANTED** as follows:

     The Scheduling Conference set for January 24, 2006 is ***vacated and reset*** to **February 9, 2006 at 8:30 a.m.**, in Courtroom A501.  The proposed Scheduling Order is due on or before **February 6, 2006.**

     In compliance with D.C.Colo. LCivR 83.2B all parties, counsel and witnesses shall have valid, current, photo identification when entering the courthouse.

Dated:  January 12, 2006