IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-02441-EWN-PAC

DISCOUNT REFRIGERANTS, INC., a Colorado corporation,

   Plaintiff(s),

v.

ACCI, LLC, a Colorado limited liability corporation and d/b/a ACCI-CTI,
REFRIGERANT STORE, LLC, a Colorado limited liability corporation, and
d/b/a THE REFRIGERANT STORE, and
DAVID C. STROH, an individual,

   Defendant(s).

_____

### MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

   IT IS HEREBY **ORDERED** that plaintiff's Motion to Vacate February 9, 2006 Rule 16(b) Scheduling/Planning Conference [filed February 6, 2006; Doc. No. 9] is **GRANTED** as follows:

   The Scheduling Conference set for February 9, 2006 is **vacated**

   IT IS **FURTHER ORDERED** that counsel shall file their Stipulation for Dismissal with the Court on or before **February 22, 2006.**

   In compliance with D.C.Colo. LCivR 83.2B all parties, counsel and witnesses shall have valid, current, photo identification when entering the courthouse.

Dated:  February 8, 2006